**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT
06/12/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___dm___ DEPUTY

Case Number: 2:20-CR-00222-DMG
Defendant Number: ___
U.S.A. v. Si Oh Rhew
Year of Birth: 1953
[✓] Indictment   [ ] Information
Investigative agency (FBI, DEA, etc.): IRS

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense: April 2, 2012

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[ ] Orange        [ ] Santa Barbara
[ ] Riverside     [ ] San Luis Obispo
[ ] San Bernardino [ ] Other ___

Citation of Offense: ___

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number: ___

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any **(MUST MATCH NOTICE OF RELATED CASE)**: United States v. Sealed, Case No. CR 18-594-ODW

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: ___
Case Number: ___
Assigned Judge: ___
Charging: ___
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on: ___

**PREVIOUS COUNSEL**

Was defendant previously represented?  [✓] No   [ ] Yes
IF YES, provide Name: David Scheper
Phone Number: (213) 613-4670

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**  [ ] Yes   [ ] No
This is the ___ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: ___
Case Number: ___
The superseded case:
[ ] is still pending before Judge/Magistrate Judge ___
[ ] was previously dismissed on ___

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☐ U.S. Citizen  ☐ Alien

Alias Name(s) _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☐ No
IF YES, should matter be sealed?  ☐ Yes  ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ Other _____
☐ public corruption
☑ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: n/a
b. Posted bond at complaint level on: n/a
   in the amount of $ n/a
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: n/a

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  ___ 20  ___ 21  ___ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  06/01/2020

Signature of Assistant U.S. Attorney
Marina A. Torres
Print Name