Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

FILED
CLERK, U.S. DISTRICT COURT

**12/9/2020**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DD ___ DEPUTY

Case Number  CR 20-00222 (A)-ODW

U.S.A. v.  SI OH RHEW

☑ Indictment        ☐ Information

Defendant Number  2

Year of Birth  1953

Investigative agency (FBI, DEA, etc.)  HSI, IRS

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense

☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  January 29, 2009

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura
☐ Orange             ☐ Santa Barbara
☐ Riverside          ☐ San Luis Obispo
☐ San Bernardino     ☐ Other

Citation of Offense _____

_____

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No        ☐ Yes

If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☐ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?    ☐ No    ☐ Yes

IF YES, provide Name: _____

Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**    ☐ Yes    ☑ No

This is the 1st _____ superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:
June 12, 2020

Case Number CR 20-00222-ODW

The superseded case:

☑ is still pending before Judge/Magistrate Judge

Otis D. Wright II

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*        ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*        ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes        ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☑ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    _____

_____

This defendant is charged in:

    ☐ All counts

    ☑ Only counts:  1-13, 27-34

☐ This defendant is designated as "High Risk" per
    18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
    18 USC § 3166(b)(7).

Is defendant a juvenile?        ☐ Yes    ☑ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud        ☐ public corruption

☑ government fraud                ☑ tax offenses

☐ environmental issues            ☐ mail/wire fraud

☐ narcotics offenses              ☐ immigration offenses

☐ violent crimes/firearms          ☐ corporate fraud

☑ Other    money laundering

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

  a. Date and time of arrest on complaint:  _____

  b. Posted bond at complaint level on:  _____

    in the amount of $ _____

  c. PSA supervision?    ☐ Yes    ☐ No

  d. Is on bail or release from another district:

_____

Defendant is **in custody**:

  a. Place of incarceration:    ☐ State    ☐ Federal

  b. Name of Institution:  _____

  c. If Federal, U.S. Marshals Service Registration Number:

_____

  d. ☐ Solely on this charge.  Date and time of arrest:

_____

  e. On another conviction:    ☐ Yes        ☐ No

    IF YES : ☐ State    ☐ Federal    ☐ Writ of Issue

  f. Awaiting trial on other charges:    ☐ Yes    ☐ No

    IF YES : ☐ State    ☐ Federal    AND

    Name of Court:  _____

    Date transferred to federal custody:  _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.    ____ 20    ____ 21    ____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:  _____

_____

_____

Date    12/07/2020    _____

Signature of Assistant U.S. Attorney
PUNEET V. KAKKAR
Print Name