# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 20-00222-ODW-ALL |
| Date | September 25, 2024 |
| Present: The Honorable | United States District Judge, Otis D. Wright, II |
| Interpreter | Korean Interpreter: Kathy Sim/ Myoung Sun Lim |

| Sheila English | Miriam Baird-am | Julie Shemitz/ Miri Song/Skyler Cho |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1)- Si Oh Rhew | X | | X | 1)- Angela M. Machala/ David C Scheper/ Renato Mariotti | X | | X |
| 2)- C'est Toi Jeans, Inc. | X | | X | 2)- Beau B. Brindley | X | | X |
| 3)- Lance Rhew | X | | X | 3)- Peter B Axelrod | X | | X |

____ Day COURT TRIAL       **6th** Day JURY TRIAL       ____ Death Penalty Phase

____ One day trial;   ____ Begun (1st day);   ____ Held & continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made   Government and Defense

____ Witnesses called, sworn and testified.

____ Exhibits identified   ____ Exhibits admitted

____ Government rests.   ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is   ____ granted   ____ denied   ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is   ____ granted   ____ denied   ____ submitted

____ Closing arguments made   ____ Court instructs jury   ____ Bailiff sworn

____ Alternates excused   ____ Jury retires to deliberate   ____ Jury resumes deliberations

____ Finding by Court as follows:   ____ Jury Verdict as follows:

Dft # ____ Guilty on count(s) _____   ____ Not Guilty on count(s) _____

____ Jury polled   ____ Polling waived

____ Filed Witness & Exhibit lists   ____ Filed Jury notes   ____ Filed Jury Instructions   ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

**X** Case continued to   Sept. 26, 2024 @ 12:30pm   for further trial/further jury deliberation.

**X** Other:   ***Parties and jurors were present. The Court released everyone due to an emergency. Court will resume 9/26/24.***

: 00

Initials of Deputy Clerk   se