BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
MARK CHILDS (Cal. Bar No. 162684)
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorneys
Transnational Organized Crime Section
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal Bar. No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
312 North Spring Street, 14th/11th Floor
Los Angeles, California 90012
Telephone: (213) 894-2433/3547/2686
E-mail: mark.childs@usdoj.gov
lana.owens@usdoj.gov
james.dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>C'EST TOI JEANS, INC.,<br>SI OH RHEW, and<br>LANCE RHEW,<br>Defendants. | NO. 2:20-cr-00222-MCS<br><br>**PARTIES' JOINT STIPULATION TO ENTRY OF PRELIMINARY ORDER OF FORFEITURE REGARDING UNDETERMINED PROPERTY** |

It is hereby stipulated by and between the United States of America (the "government" or "plaintiff"), and C'est Toi Jeans, Inc., Si Oh Rhew, and Lance Rhew, (collectively, the "defendants") through their counsel of record, Richard Weber, as follows:

1. The parties stipulate and agree to the entry of a preliminary order of forfeiture in an amount to be determined either upon the agreement of the parties or by the court if the parties cannot reach an agreement.

2. The parties agree that pursuant to Fed. R. Crim. P. 32.2 (b)(2)(C), the final order of forfeiture shall be entered in an amended sentencing order and will include specific property descriptions and agreed-upon dispensation terms pursuant to the parties pending settlement agreement.

3. The parties further agree that they will notify the Court immediately upon execution of a settlement agreement and file a joint application to amend the sentencing order in accordance with the agreed-upon settlement terms.

//

//

//

4. As such, the parties respectfully recommend that the Court announce aloud at sentencing for each defendant, language to the effect of:

> "It is ordered that a judgment of forfeiture shall be entered against the defendant. Because the specific property to be forfeited is not identified at this time, and upon the joint request of the parties, the Court will defer entering a final forfeiture judgment until such time as the forfeitable property is identified. An amended judgment will be entered after the hearing, pursuant to Fed. R. Crim. P. 32.2 (b)(2)(C) and (e)(1)."

Or other language as the Court deems appropriate to preserve the forfeiture component of each defendant's sentencing.

SO STIPULATED

Dated: September 26, 2025

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 26, 2025

*/s/ with permission*
Richard Weber

HAYNES BOONE, LLP
Attorney for Defendants