BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
MARK CHILDS (Cal. Bar No. 162684)
LANA MORTON OWENS (Cal. Bar No. 233831)
Assistant United States Attorneys
Transnational Organized Crime Section
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
JAMES E. DOCHTERMAN (Cal Bar. No. 256396)
Assistant United States Attorney
Asset Forfeiture & Recovery Section
312 North Spring Street, 14th/11th Floor
Los Angeles, California 90012
Telephone: (213) 894-2433/3547/2686
E-mail: mark.childs@usdoj.gov
lana.owens@usdoj.gov
james.dochterman@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>C'EST TOI JEANS, INC.,<br>SI OH RHEW, and<br>LANCE RHEW,<br><br>Defendants. | No. 2:20-cr-00222-MCS<br><br>**[PROPOSED] PRELIMINARY ORDER OF FORFEITURE AS TO DEFENDANTS C'EST TOI JEANS, INC., SI OH RHEW, AND LANCE RHEW PURSUANT TO PARTIES' STIPULATION.**<br><br>No hearing requested.<br><br>Sentencing: September 29, 2025 |

Upon consideration of the joint stipulation of Plaintiff, United States of America, and Defendants, C'est Toi Jeans, Inc., Si Oh Rhew, and Lance Rhew, for a preliminary order of forfeiture, and good cause appearing thereon, IT IS HEREBY ORDERED:

## I. FORFEITABLE PROPERTY

An amount to be determined either upon the agreement of the parties or by the court if the parties cannot reach an agreement.

## II. IMPLEMENTATION

IT IS FURTHER ORDERED as follows:

A. Pursuant to Fed. R. Crim. P. 32.2 (b)(2)(C), the final order of forfeiture shall be entered in an amended sentencing order and will include specific property descriptions and agreed-upon dispensation terms pursuant to the parties pending settlement agreement.

B. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to each defendant upon entry and shall be made part of each defendant's sentence and included in their judgment.

C. Following execution of a settlement agreement the parties shall file a Status Report notifying the Court thereof, and file a joint application to amend the sentencing order(s) in accordance with the agreed-upon settlement terms.

//

//

//

D. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: ______________

_______________________________
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney
Asset Forfeiture & Recovery Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA