# Exhibit A - List of Forfeited Property

*U.S. v. C'est Toi Jeans, Inc., et al.*, 2:20-CR-00222-ODW

| # | FP&F Seizure No. | Property Description |
|---|---|---|
| 1 | 2014-2704-001066 | U.S. Currency totaling $27,000,000.00 |