# Exhibit B - List of Released Property

*U.S. v. C'est Toi Jeans, Inc., et al.*, 2:20-CR-00222-ODW

| # | Seized On or About Date | FP&F Seizure No. | Property Description |
|---|---|---|---|
| 1 | 9/10/2014 | 2014-2704-001062 | U.S. Currency totaling $140,676.69 |
| 2 | 9/10/2014 | 2014-2704-001063 | U.S. Currency totaling $1,252,498.02 |
| 3 | 9/10/2014 | 2014-2704-001066 | U.S. Currency totaling $11,457,088.04<br><br><u>Other property seized</u>:<br>Line 0002 Silver Coins valued at approximately $13,500.00;<br>Line 0025 One Black Strap Ken Cole Watch;<br>Line 0026 One White and Yellow Metal Gucci Watch;<br>Line 0027 One Wood Jewelry Box;<br>Line 0028 One Blue Jewelry Pouch;<br>Line 0029 One Black Box w/Yellow Metal Key;<br>Line 0030 One Burgundy Box w/Yellow Metal Cufflink Set;<br>Line 0032 One 3 Pc Yellow Metal Cufflink Set/w box;<br>Line 0033 One Ring & Earring Set/Yellow Metal w/White;<br>Line 0034 One Yellow Metal Cufflink Set w/green stone;<br>Line 0035 One Purple Jewelry Bag;<br>Line 0036 One Black w/white metal Ken Cole watch;<br>Line 0037 One Vacheron Watch w/brown and yellow metal;<br>Line 0038 One Vacheron Watch w/brn strap bronze color;<br>Line 0042 One Yellow Metal Ring Set;<br>Line 0043 One 2014 Range Rover;<br>Line 0044 One Yellow Metal Bracelet Set;<br>Line 0045 One White Metal Ring w/white stones;<br>Line 0046 One 5G yellow bar;<br>Line 0047 One Yellow Metal Ring White/Pink Stones;<br>Line 0048 One Yellow Metal Ring with Red Stone;<br>Line 0049 One White Metal Ring w/clear stones;<br>Line 0050 One Yellow Metal Ring w/clear stone;<br>Line 0051 One Yellow Metal Bracelet;<br>Line 0052 One White Metal Watch w/white stones;<br>Line 0053 One Yellow Metal Ring; |

| # | Seized On or About Date | FP&F Seizure No. | Property Description |
|---|---|---|---|
| | | | Line 0054 One Yellow Metal Ring w/clear stones;<br>Line 0055 One Yellow Metal Pendants w/one Red Ribbon;<br>Line 0056 One Yellow Metal Ring Set w/clear stones;<br>Line 0057 One Yellow Metal Ring w/brown stone;<br>Line 0058 One Watch w/pink band and clear stones;<br>Line 0059 One White Metal Ring w/clear stone;<br>Line 0060 One Yellow Metal Bracelet;<br>Line 0061 One Yellow Metal Necklace;<br>Line 0062 One Yellow Metal necklace w/3 yellow pendants;<br>Line 0063 One White metal Ring w/blue stone;<br>Line 0064 One White Metal Ring w/clear stones;<br>Line 0065 One White metal ring w/blue and white stones;<br>Line 0066 One White metal ring w/yellow & clear stones;<br>Line 0067 One White Metal Watch w/black band;<br>Line 0068 One White Metal ring w/white & Pink stones;<br>Line 0069 One White Metal hair Clip w/white stones;<br>Line 0070 One Yellow Metal Necklace w/white stones; and<br>Line 0071 One White Metal Necklace w/clear stones |
| 4 | 9/10/2014 | 2014-2704-001067 | U.S. Currency totaling $117,159.00<br><br><u>Other Property Seized:</u><br>Line 0001 One 2013 Land Rover (approximate value $80,700) |
| 5 | 9/10/2014 | 2014-2704-001082 | 12,222 pc of Wearing Apparel;<br><br>Line 0001 Wearing Apparel; and<br>Line 0002 Women's Apparel Samples. |
| 6 | 9/15/2014 | 2014-2704-001147 | $122,360.00 in funds from Hanmi Bank Account (#XXXXX9222) |
| 7 | 9/15/2014 | 2014-2704-001146 | $44,871.00 in funds from Hanmi Bank Account (#XXXXX8906) |
| 8 | 9/15/2014 | 2014-2704-001149 | U.S. Currency totaling $79,339.68 |

| # | Seized On or About Date | FP&F Seizure No. | Property Description |
|---|---|---|---|
| 9 | 9/17/2014 | 2014-2704-001187 | $364,257.16 in funds from BBCN Bank Account (#XXXXX0368) |
| 10 | 9/17/2014 | 2014-2704-001188 | $381,077.24 in funds from BBCN Bank Account (#XXXXX3065) |
| 11 | 9/17/2014 | 2014-2704-001189 | $2,682,065.32 in funds from BBCN Bank Account (#XXXXX0398) |
| 12 | 9/17/2014 | 2014-2704-001190 | $26 in funds from BBCN Bank Account (#XXXXXX0828) |
| 13 | 9/17/2014 | 2014-2704-001191 | $148,537.24 in funds from BBCN Bank Account (#XXXXXX1646) |
| 14 | 9/17/2014 | 2014-2704-001180 | $275,529.24 in funds from BBCN Bank Account (#XXXXXX1816) |
| 15 | 9/17/2014 | 2014-2704-001182 | $13,210.56 in funds from BBCN Bank Account (#XXXX1059) |
| 16 | 9/17/2014 | 2014-2704-001185 | $68,194.03 in funds from BBCN Bank Account (#XXXXX4655) |
| 17 | 9/17/2014 | 2014-2704-001165 | $5,031.79 in funds from Bank of America Account (#XXXXXX0745) |
| 18 | 9/17/2014 | 2014-2704-001164 | $1,040,241.42 in funds from Bank of America Account (#XXXXXXXX2006) |
| 19 | 9/17/2014 | 2014-2704-001186 | $449,984.17 in funds from BBCN Bank Account (#XXXXX6610) |
| 20 | 10/9/2014 | 2015-2704-000035 | $465,025.09 in funds from JP Morgan Chase Savings Account (#XXX8365) Seizure warrant #14-1988M |

(end of exhibit B)